UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KIM MCCANTS | CIVIL ACTION |
| VERSUS | NUMBER 14-79-JJB-SCR |
| BATON ROUGE POLICE DEPARTMENT, ET AL. | JUDGE: JAMES J. BRADY |
| | MAGISTRATE: STEPHEN C. RIEDLINGER |

## ORDER OF DISMISSAL WITH PREJUDICE

*Considering the parties' joint motion to dismiss this case with prejudice,*

**IT IS ORDERED** that the parties' motion shall be granted.

**IT IS FURTHER ORDERED** that this case shall be dismissed with prejudice to the refiling of the same or similar cause of action, whether said causes of action existed or may have existed between them.

**IT IS FURTHER ORDERED** that costs of court shall be borne by the party incurring same.

Signed in Baton Rouge, Louisiana, on November 20, 2014.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

1